1   Daniel Feinberg – CA State Bar No. 135983
    Email: dfeinberg@lewisfeinberg.com
2   Lindsay Nako – CA State Bar No. 239090
    Email: lnako@lewisfeinberg.com
3   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
4   Oakland, CA 94612
    Telephone: (510) 839-6824
5   Facsimile: (510) 839-7839

6   *Attorneys for Plaintiff*

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12   CHERYLL POWERS,                    )   Case No. 07-00375 (JCS)
                                        )
13              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
14        vs.                           )   ORDER CONTINUING CASE
                                        )   MANAGEMENT CONFERENCE
15   LEMO USA LONG TERM DISABILITY      )
     PLAN,                              )
16                                      )
                Defendant.              )
17   _____)

18        WHEREAS Plaintiff filed the Complaint in this Action on February 7, 2007;

19        WHEREAS the Case Management Conference is scheduled for April 27, 2007;

20        WHEREAS the Defendant Plan has now agreed to pay Plaintiff's LTD benefits;

21        WHEREAS the parties anticipate that they will be able to finalize a settlement within two

22   weeks;

23        NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

24   STIPULATE and AGREE that:

25        (a) the Case Management Conference scheduled for Friday, April 27, 2007, shall be

26   continued by two weeks to Friday, May 11, 2007; and

27        (b) all associated deadlines will also be continued by two weeks.

28

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC    [CASE NO. 07-00375 (JCS)]    Page 1

1

2    Dated: 4/18/07 _____          Respectfully submitted,

3                                        LEWIS, FEINBERG, LEE,
                                         RENAKER & JACKSON, P.C.
4                                By:   _Lindsay Nako (with permission)_
5                                        Daniel Feinberg

6                                        *Attorneys for Plaintiff*

7

8    Dated: 4/17/07 _____

9                                        Respectfully submitted,

10                                       ALTSCHUL LAW OFFICE, P.C.
                                 By:   _____
11                                       Andrew Altschul

12                                       *Attorney for Defendant*

13

14   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16   Dated: April _19_, 2007

17                                       Magistrate

18

19

20

21

22

23

24

25

26

27

28