Daniel Feinberg – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
Lindsay Nako – CA State Bar No. 239090
Email: lnako@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYLL POWERS, <br><br> Plaintiff, <br><br> vs. <br><br> LEMO USA LONG TERM DISABILITY PLAN, <br><br> Defendant. | Case No. 07-00375 (JCS) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Respectfully submitted,

Dated: 5/4/07

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: /s/ Lindsay Nako (with permission)
Daniel Feinberg
*Attorneys for Plaintiff*

Dated: 5/7/07

ALTSCHUL LAW OFFICE, PC

Andrew Altshul
*Attorneys for Defendant*

Dated: 5/8/7



IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION OF DISMISSAL [CASE No. 07-00375 (JCS)]